ORIGINAL (2)

SEND

FILED
CLERK, U S DISTRICT COURT
AUG 31 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Japan Cehla Corporation<br>Plaintiff(s),<br>v.<br>Frank Wong aka Frank Wang, et al<br>Defendant(s). | CASE NUMBER:<br>CV 04-6968 DT (Ex)<br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

8-31-04 — Date

Dean D. Pregerson
*United States District Judge*

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Pregerson for all further proceedings.

8/31/04 — Date

Dickran Tevrizian
*United States District Judge*

**DECLINATION**

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: ______

*Date*

*United States District Judge*

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**: Case CV 04-591 DDP (AJWx) and the present case:

- X A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- X D. call for determination of the same or substantially identical questions of law and fact.
- X E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK**:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge Eick to Magistrate Judge Wistrich.

On all documents subsequently filed in this case, please substitute the initials DDP(AJWx) after the case number in place of the initials of the prior judge, so that the case number will read CV 04-6968 DDP (AJWx). This is very important because documents are routed to the assigned judges by means of these initials.

**Subsequent documents must be filed at the X Western ☐ Southern ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

(5)

 ENTERED ON CM 8/31/04

AUG 27 2004