LAW OFFICES
DAVID B. BLOOM
A PROFESSIONAL CORPORATION
3580 WILSHIRE BOULEVARD, SUITE 1045
LOS ANGELES, CALIFORNIA 90010
TELEPHONE (213) 384-4088
STATE BAR NO. 56573

EDWARD IDELL, ESQ. (SBN 141291)
SUSAN CAROLE JAY, ESQ. (SBN 117875)

Attorneys for Plaintiff,
JAPAN CEHLA CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2005 FEB 10 PM 3:46
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

SCANNED

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAPAN CEHLA CORPORATION, a Japanese Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK WONG aka FRANK WANG aka WAN-HSIANG WANG; ZORAH WU WANG; FRANK WONG (aka WAN-HSIANG WANG) and ZORAH WU WANG, AS TRUSTEES OF THE FRANK WANG AND ZORAH WU WANG REVOCABLE TRUST DATED 2000; FILMAGIC, INC., A CALIFORNIA CORPORATION dba NATURE'S DREAM; FAIRWAY LANE LLC; EQUITY PROTECTORS, INC., A NEVADA CORPORATION AND GARY WU, CO-TRUSTEES OF THE FORT BOWIE TRUST, DATED FEBRUARY 24, 2004; ASSET ADMINISTRATORS, INC., A NEVADA CORPORATION AND GARY WU, CO-TRUSTEES OF THE EAST OCEAN TRUST, DATED FEBRUARY 26, 2004,<br><br>Defendants. | CASE NO. CV04-6968 DDP (AJWx)<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE**<br><br>[No hearing required] |

DOCKETED ON CM
FEB 24 2005
BY 002

16

**GOOD CAUSE APPEARING** from the agreement of the appearing parties, this action is dismissed with prejudice.

SCANNED

DATED: February 23, 2005

[signature]
United States District Judge

Submitted per Stipulation By:

LAW OFFICES OF DAVID B. BLOOM
a Professional Corporation

BY: [signature]
Edward Idell, Esq.
Attorneys for Plaintiff
Japan Cehla Corporation

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: **3580 Wilshire Boulevard, Suite 1045, Los Angeles, California 90010.**

On **February** 10, 2005, I served the foregoing document described as **[Proposed] ORDER DISMISSING OF ACTION** on the interested parties in this action by placing **A TRUE COPY** thereof enclosed in a sealed envelope addressed as follows:

Robert M. Klein, Esq.
Law Offices of Robert M. Klein
11611 San Vicente Blvd.
Suite 820
Los Angeles, CA 90049

Frank Wong
FILMAGIC, INC. dba NATURE'S DREAM
120 North Fairway Lane
West Covina, CA 91791

Zorah Wu Wang
120 North Fairway Lane
West Covina, CA 91791

✔ **VIA U.S. MAIL AS FOLLOWS:**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **(State):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

✔ **(Federal):**
I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **February** 10 **,2005,** at Los Angeles, California.

**KAREN BRUCE** [signature]

Print or Type Name | Signature